IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 11-261 |
| MIKEL D. JONES | : | |

**ORDER**

**AND NOW**, this **8th** day of **September, 2011**, upon consideration of Defendant's Motion to Suppress, the Government's response thereto, following a hearing on August 26, 2011, and for the reasons stated in this Court's Memorandum dated September 8, 2011, it is hereby **ORDERED** that the motion (Document No. 15) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**