# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| MIKEL D. JONES and | : | No. 11-261 |
| DONA NICHOLS JONES | : | |

## ORDER

**AND NOW**, this **17th** day of **October, 2011**, upon consideration of the Government's Motion to Disqualify and Defendants' response thereto, and for the reasons stated in this Court's Memorandum dated October 17, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 39) is **GRANTED**.

2. Attorney David M. Garvin, Esq. is **DISQUALIFIED** from representing Dona Nichols Jones in the above-captioned matter.

3. The motion to disqualify (Document No. 39) shall be unsealed.

BY THE COURT:

_____
**Berle M. Schiller, J.**